UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

July 26, 2021

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

Divisions

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Kendra Necaise
Circuit    Clerk of    Hancock    County
152 Main St., Suite B
Bay St. Louis, MS 39520



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 30 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

RE:    *Hay vs. Silver Slipper Casino Venture, LLC*
       Our Case No. 1:21cv203 HSO-JCG
       Your Case No. 21-00079

Dear Ms. Necaise,

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on    07/26/2021    in the above-captioned case on the docket of our court. Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 228-563-1700    .

Sincerely Yours,

*[signature]*

**ARTHUR JOHNSTON, CLERK**   By: ___*A. Hough*___, D. C.

**ACKNOWLEDGEMENT OF RECEIPT**

I hereby acknowledge receipt of the documents referred to above on this the 28 day of ___July___, 20 21.

___*Kendra Necaise*___
CIRCUIT    CLERK OF    Hancock    COUNTY
By: ___*Valerie L. Ladner*___ . D. C.

SEAL — KENDRA NECAISE HANCOCK COUNTY CIRCUIT CLERK